# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Greg Ray Tennison,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | No. CV-22-00521-TUC-RCC (LCK)<br><br>**ORDER** |

　　　On February 2, 2024, Magistrate Judge Lynette C. Kimmins issued a Report and Recommendation ("R&R") in which she recommended the Court enter an order reversing the final decision by the Commissioner of Social Security and remanding the case to the Commissioner for an award of benefits. (Doc. 30.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

　　　If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute guiding review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id.* at 154.

　　　The Court has reviewed and considered the complaint (Doc. 1), the opening brief (Doc. 24), the response brief (Doc. 28), the reply (Doc. 29), and the R&R (Doc. 30). The

Court finds the R&R well–reasoned and agrees with Judge Kimmins's conclusions.

Accordingly, IT IS ORDERED:

1. The R&R is ADOPTED. (Doc. 30.)

2. The final decision by the Commissioner of Social Security is reversed and remanded for an award of benefits.

Dated this 20th day of February, 2024.

_____
Honorable Raner C. Collins
Senior United States District Judge